**STATE OF MONTANA,**
    **Plaintiff,**

**vs.**

**CRAIG W. FRAZIER,**
    **Defendant,**

**CAUSE NO. CDC-87-260**

**NUNC PRO TUNC ORDER TO**

**CORRECT DECISION**

The sentencing date listed in the first and last paragraph of the August 14, 2007 Decision of the Sentence Review Division was incorrectly listed as November 29, 2005.

NOW, THEREFORE, IT IS ORDERED THAT the sentencing date in the first and last paragraph of the August 14, 2007 Decision of the Sentence Review Division, is hereby amended to read **September 29, 2005**.

DATED this 30th day of August, 2007.

Chairperson, Hon. Randal I. Spaulding